PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: Bobby Joe Griffin                Case Number: 2:03CR00014-001

Name of Sentencing Judicial Officer: T. John Ward, U.S. District Judge

Date of Original Sentence: June 22, 2004

Original Offense:   Use of a facility of interstate commerce to entice a minor to engage in sexual activity; and receipt of child pornography

Original Sentence:  92 months imprisonment followed by a 3-year term of supervised release

Type of Supervision: Supervised Release

Date Supervision Commenced: Scheduled to be released on January 1, 2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside in a community confinement center located in Tyler, Texas in a prerelease component for a period of 180 days, or until such time as the defendant is able to establish a residence at which time the U.S. Probation Office can release him from the facility, to commence immediately. While at said facility, the defendant shall abide by the rules of the center; however, shall not be required to pay subsistence.**

## CAUSE

Mr. Griffin is scheduled to complete his term of imprisonment on January 1, 2010, and he does not have a viable residence. In order to assist him it has been suggested that he remain at the community confinement center until such time as he can secure a residence of his own or locate a family member that is willing to let him reside with them. Mr. Griffin has agreed to this plan and realizes that this modification is being made in order to assist him and is not being imposed as a sanction for anything that he has done. It is therefore respectfully recommended that the Court modify Mr. Griffin's term of supervision as noted above so that he may have a temporary place to reside upon the completion of his sentence until such time as he secures a viable residence.

Respectfully submitted:

*Alan Elmore*
Alan Elmore
U.S. Probation Officer
(903) 794-4515 ext 240

Reviewed and approved:

*Marko Finley*
Joe Heath, Supervising
U.S. Probation Officer

Date: December 28, 2009

---

**THE COURT ORDERS:**

[ ] No Action
[✓] The Modification of Conditions as Noted Above
[ ] Other

*T. John Ward*
T. John Ward
U.S. District Judge

12/28/09
Date

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

United States of America

v                                               Criminal No. 2:03CR00014-001

Bobby Joe Griffin

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside in a community confinement center located in Tyler, Texas in a prerelease component for a period of 180 days, or until such time as the defendant is able to establish a residence at which time the U.S. Probation Office can release him from the facility, to commence immediately. While at said facility, the defendant shall abide by the rules of the center; however, shall not be required to pay subsistence.**

Witness: _____      Signed: _____
            U S Probation Officer                            Bobby Joe Griffin

Date: December 28, 2009